THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-cv-00279-D

| | |
|---|---|
| CALVIN L. PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner ) | |
| ) | |
| Defendant. ) | |

Plaintiff's counsel filed a motion for approval of attorney's fees under § 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $4,000.00. Attorney's fees for federal court representation under § 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b).

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded reasonable fees under 42 U.S.C. § 406(b) in the amount of $ 4,000.⁰⁰ .

SO ORDERED. This 27 day of February 2019.

JAMES C. DEVER III
United States District Judge