UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CALVIN L. PARKER,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 7:14-CV-279-D**

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded reasonable fees under 42 U.S.C. §406(b) in the amount of $4,000.00.

**This Judgment Filed and Entered on February 27, 2019, and Copies To:**

| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Leo Montenegro | (via CM/ECF electronic notification) |

DATE:
February 27, 2019

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
     Deputy Clerk